Opinion filed June 21, 2012

 

                                                                       In The

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-12-00166-CR

                                                    __________

 

                                     IN
RE ROBERT L. GREENE



 

                                         Original
Mandamus Proceeding



 

                                            M E M O R A N
D U M   O P I N I O N

 

Relator, Robert L. Greene, has filed an application for writ of mandamus complaining of
Hon. Ralph H. Walton Jr., Judge of the 355th District Court, with respect to
relator’s criminal proceedings.

            Tex. Gov’t Code Ann. § 22.221(b)(1) (West
2004) provides that each court of appeals for a court of appeals district may
issue all writs of mandamus, agreeable to the principles of law regulating
those writs, “against a judge of a district or county court in the court of
appeals district.” Hood County is not in the Eleventh Court of Appeals District.
 Tex. Gov’t Code Ann. § 22.201(l)
(West Supp. 2011). Instead, Hood County is in the Second Court of Appeals
District.  See Tex. Gov’t Code
Ann. § 22.201(c) (West Supp. 2011). Therefore, we do not have
jurisdiction to issue a writ of mandamus against the Judge of the 355th
District Court of Hood County.

            Accordingly,
the petition for writ of mandamus is dismissed for want of jurisdiction.

            

June 21, 2012                                                                          PER
CURIAM

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of: Wright, C.J.,

McCall, J., and Kalenak, J.